**Name:** MR. PETER GRIGG
**Address:** 3055 HWY 2 W
**City, State Zip Code:** KALISPELL MT 59901
**Phone Number:** 406 253 5381
**Email Address:** peteg4674@hotmail.com

PLAINTIFF PRO SE

2021 FEB 11 PM 12:49
FILED
BY _____

## MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY

| PETER GRIGG, Plaintiff, | Cause No.: DV-21-133D |
|---|---|
| -vs- | Judge: DAN WILSON |
| SENATOR JON TESTER, Defendant. | COMPLAINT |

COME(S) NOW, the Plaintiff(s) and for his/her/their claim for relief against the Defendant(s), allege(s) as follows:

DISCRIMINATION; NOT FULFILLING ELECTED PUBLIC DUTIES AND ROLES. LACK OF INTEREST IN PLAINTIFF (CONSTITUENT). DEFAMATION OF PLAINTIFF CHARACTER; NON ASSISTANCE AS ELECTED PREVENTING PLAINTIFF LEGAL EMPLOYMENT & RESIDENCE.

WHEREFORE, Plaintiff(s) request(s) judgment as follows:

ASSISTANCE FROM RESPONDENT IN PLAINTIFFS QUEST FOR LEGAL EMPLOYMENT & RESIDENCE (PRESENTLY ILLEGAL ALIEN) 10 YEARS OF LOST EARNINGS (INABILITY TO WORK - ALIEN STATUS) PUNISHMENT TO FULL EXTENT OF LAW, FOR MISUSE OF POWERS.

DATED this 11TH day of FEBRUARY, 2021.

Signature

Complaint / 11th Judicial District Forms - *Pro se* Civil Complaint   (Revision Date: 11/18/2019)

2

**Montana Department of LABOR & INDUSTRY**
Unemployment Insurance Division

5296802Z62

Mailed: 11/10/2020
ID: 1421946
Claim Effective Date: 05/24/2020

PETER C GRIGG
323 WESTGATE AVE
LIBBY MT 59923-2935

You did not receive a check because of the following reasons:

Benefit Week Ending Date: 11/07/2020
Issue: Separation from Work
Non Payment Reasons: Benefits cannot be paid for the week shown above because a decision on your eligibility is pending. Please continue to file your biweekly continued claims in a timely manner. Contact the Claims Processing Center if you disagree with the issue listed.

---

P.O. Box 8020 Helena, MT 59604-8020   (406) 444-2545   Fax: (406) 444-2699   Montana Relay (TDD) 711   UID.DLI.MT.GOV
11/9/2020   Z62-No Pay Reasons-NOPAYREASON   Page 1 of 1